# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAWNYELL FLYNN, | Case No. 25-cv-00340-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| WILLIAM RUBERT, | |
| Defendants. | |

Petitioner Dawnyell Flynn, a *pro se* Nevada prisoner, commenced this habeas action by filing a Petition for Writ of Habeas Corpus. ECF No. 1-1. In her petition, Flynn requested that the Court appoint Michael Lasher, Esq. to represent her in the federal habeas proceedings. The Court informed Flynn that she is not entitled to the appointment of counsel of her choosing but provided Flynn 30 days to file an objection to the Court provisionally appointing the Federal Public Defender to represent her. Flynn did not file an objection. Accordingly, the Court finds that the appointment of counsel in this case is in the interests of justice.

**IT IS THEREFORE ORDERED** that the Federal Public Defender is provisionally appointed as counsel and will have 30 days to undertake direct representation of Petitioner or to indicate the office's inability to represent Petitioner in these proceedings. If the Federal Public Defender is unable to represent Petitioner, the Court will appoint alternate counsel. The counsel appointed will represent Petitioner in all federal proceedings related to this matter, including any appeals or certiorari proceedings, unless allowed to withdraw. A deadline for the filing of an amended petition and/or seeking other relief will be set after counsel has entered an appearance. The Court anticipates a deadline of approximately 90 days from entry of the formal order of appointment.

1    **IT IS FURTHER ORDERED** that any deadline established and/or any extension thereof will not signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal statute of limitation period and timely presenting claims. That is, by setting a deadline to amend the petition and/or by granting any extension thereof, the Court makes no finding or representation that the petition, any amendments thereto, and/or any claims contained therein are not subject to dismissal as untimely. See Sossa v. Diaz, 729 F.3d 1225, 1235 (9th Cir. 2013).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to the *pro se* Petitioner, the Nevada Attorney General, the Federal Public Defender, and the CJA Coordinator for this division.

**DATED:** May 21, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**